1-751084

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

                  Plaintiff,

- against -

PARTHENON INTERNATIONAL
PACKERS, INC.,

                  Defendant.
---------------------------------------------------X

CV 06-1540 (IRIZARRY)

NOTICE AND ORDER
WITHDRAWING
DEFAULT MOTION,
AND OF DISMISSAL

PLEASE TAKE NOTICE that the motion for entry of judgment by default filed on July 7, 2006 be and hereby is withdrawn, and

PLEASE TAKE FURTHER NOTICE that the above captioned matter be and hereby is dismissed, without costs as to each party against the other, the defendant not having appeared, pursuant to Fed.R.Civ.P.41.

Dated: New York, New York
        August 4, 2006

                LAW OFFICES OF
                ALBERT J. AVALLONE & ASSOCIATES

                By _____
                Albert J. Avallone - AA1679
                Attorneys for Plaintiff
                ZIM AMERICAN INTEGRATED
                SHIPPING SERVICES, INC.
                551 Fifth Avenue, Suite 1701
                New York, NY 10176
                (212) 696-1760

SO ORDERED:

_____
U.S.D.J.

Dated: August 23, 2006
Brooklyn, NY